DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHRYN M. RTICHIE  (CSB #86698)
Assistant United States Attorney
    300 North Los Angeles Street Suite 7516
    Los Angeles, California
    Tel. 213 894-0805
    FAX:  213 894-7819
    Email:  Kathryn.Ritchie@usdoj.gov

Attorneys for defendant Jo Anne B. Barnhart,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THOMAS DIFILIPPI, | No. CV 05-02442 RNB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER OF REMAND** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: February 2, 2006

                                                      /S/
                                      ROBERT N. BLOCK
                               UNITED STATES MAGISTRATE JUDGE